# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-3245

_____

United States of America

*Plaintiff - Appellee*

v.

Wesley Keith Beagle

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Minnesota - St. Paul

_____

Submitted: May 3, 2013
Filed: May 7, 2013
[Unpublished]

_____

Before LOKEN, MELLOY, and BENTON, Circuit Judges.

_____

PER CURIAM.

While Wesley Beagle was serving a second period of supervised release following his release from imprisonment on a federal firearms conviction, he admitted

to violating a condition of his supervised release, and the district court[1] revoked supervised release and imposed a revocation sentence consisting of 12 months in prison and 6 months of supervised release. Beagle appeals, arguing that the sentence imposed is greater than necessary to accomplish the goals of sentencing.

Upon careful review, we conclude that the sentence, which falls within statutory limits and the recommended Guidelines range, is not substantively unreasonable. See United States v. Growden, 663 F.3d 982, 984 (8th Cir. 2011) (per curiam); United States v. Petreikis, 551 F.3d 822, 824 (8th Cir. 2009).

Accordingly, the judgment is affirmed.

_____

_____

[1]The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota.